433 A.2d 1337

**In re ESTATE OF Jane Torrance BAKER, Deceased.**

**Appeal of F. J. Torrance BAKER, Executor of the Estate.**

Supreme Court of Pennsylvania.

Argued March 5, 1981.

Decided July 2, 1981.

Reargument Denied Aug. 20, 1981.

Everett K. Dilworth, Tucker, Arensberg, Very & Ferguson, Pittsburgh, for appellant.

Catherine R. Barone, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN, and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each party pay own costs.